GRAHAM et al. v. DU PONT. (Circuit Court of Appeals, Third Circuit. January 3, 1923.) No. 2920. Appeal from the District Court of the United States for the District of Delaware; J. Whitaker Thompson, Judge. Suit in equity by Alfred I. Du Pont against Harry T. Graham, individually and as United States Collector of Internal Revenue for the District of Delaware, and another. From a decree granting a preliminary injunction (283 Fed. 300), defendants appeal. Affirmed. James H. Hughes, Jr., of Wilmington, Del. (Chester A. Gwinn and Carl A. Mapes, both of Washington, D. C., of counsel), for appellants. William A. Glasgow, Jr., and Henry P. Brown, both of Philadelphia, Pa., for appellee. Before BUFFINGTON and DAVIS, Circuit Judges, and BODINE, District Judge.

PER CURIAM. In this case the court below granted a preliminary injunction "restraining the defendant from proceeding by distraint or attempting to collect by distraint the taxes claimed, without, however, including therein restraint against collection by suit." Such action by the court was based on reasons stated by it in an opinion printed in 283 Fed. 300. In declining, as

we do, to vacate or modify the order granted by the court below, and in affirming its decree, we base our decision on its opinion, which we adopt as expressive of our views. The decree below is affirmed.